```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | |
|---|---|
| LARRY BODFIELD, | ) |
| Plaintiff, | ) 4:05CV3218 |
| v. | ) |
| NEBRASKA PORK PARTNERS, | ) ORDER |
| Defendant. | ) |

IT IS ORDERED:

Plaintiff's motion to proceed *in forma pauperis*, filing 3, is granted.

DATED this 30th day of August, 2005.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge