IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2006 APR 10 PM 2:26

OFFICE OF THE CLERK

| | | |
|---|---|---|
| LARRY BODFIELD, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3218 |
| | ) | |
| v. | ) | |
| | ) | |
| NEBRASKA PORK PARTNERS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

The defendant's motion to file under seal its motion for In Camera Review, with accompanying documents, filing ___, is granted.

DATED this 10th day of April, 2006.

BY THE COURT:

David L. Piester
United States Magistrate Judge